IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ISADORE PETITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:12-CV-706-WKW |
| | ) |
| GARY HETZEL, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

On October 24, 2012, the Magistrate Judge filed a Report and Recommendation (Doc. # 18) regarding Plaintiff Isadore Petite's Motion for Preliminary Injunction (Doc. # 15). No timely objections have been filed. Based upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 18) is ADOPTED;

2. Plaintiff's Motion for Preliminary Injunction (Doc. # 15) is DENIED; and

3. This case is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 19th day of November, 2012.

        /s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE