IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ISADORE PETITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:12-CV-706-WKW |
| | ) |
| GARY HETZEL, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

On November 1, 2012, the Magistrate Judge recommended that Plaintiff Isadore Petite's Section 1983 action be dismissed as moot. (Doc. # 20.) No timely objections have been filed. Based upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 20) is ADOPTED;

2. Plaintiff's complaint is DISMISSED without prejudice for lack of jurisdiction.

A separate judgment shall issue.

DONE this 27th day of November, 2012.

                                          /s/ W. Keith Watkins
                             CHIEF UNITED STATES DISTRICT JUDGE